FILED
IN THE OFFICE OF THE
CLERK OF SUPREME COURT
MARCH 3, 2022
STATE OF NORTH DAKOTA

# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2022 ND 48

In the Interest of R.S.

William Pryatel, M.D.,                                    Petitioner and Appellee

v.

R.S.,

                                                          Respondent and Appellant

## No. 20220039

Appeal from the District Court of Stutsman County, Southeast Judicial District, the Honorable Mark T. Blumer, Judge.

AFFIRMED.

Per Curiam.

Leo A. Ryan, Special Assistant Attorney General, Jamestown, ND for petitioner and appellee; submitted on brief.

Andrew Marquart, Fargo, ND, for respondent and appellant; submitted on brief.

**Interest of R.S.**
**No. 20220039**

**Per Curiam.**

[¶1]   R.S. appeals from a district court's continuing treatment order.  He argues the evidence does not support the court's findings that he is a mentally ill individual requiring treatment.  We conclude the court's findings are not clearly erroneous.  *See Interest of Doe*, 2019 ND 23, ¶ 4, 921 N.W.2d 403 (the more probing clearly erroneous standard of review applies to factual findings made by the district court in N.D.C.C. ch. 25-03.1 civil commitment proceedings).  We affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
Gerald W. VandeWalle
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte